IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| REPUBLIC BANK, INC., a Utah Corporation,<br><br>Plaintiff,<br>v.<br><br>ETHOS ENVIRONMENTAL, INC., a California Corporation,<br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING MOTION FOR ATTORNEY FEES AND DENYING MOTION TO WITHDRAW AS COUNSEL<br><br>Case No. 1:09-cv-24<br><br>Magistrate Judge Brooke Wells |

Currently pending before the Court are two motions. Defendant's Counsel's Motion to Withdraw[1] and Plaintiff's Motion for Attorney Fees.[2] There has been no response to Plaintiff's Motion for Attorney Fees. As outlined below, the Court DENIES Defense Counsel's Motion to Withdrawal and GRANTS Plaintiff's Motion for Attorney Fees and Costs.

I. Motion to Withdraw

Pursuant to Local Rule 83-1.4 Defense Counsel moves to withdraw from this case. Defense Counsel certifies that Defendant Ethos "has been notified in writing of the status of the case, . . . ."[3] Plaintiff objects to the Motion citing to the impact it may have on the Court's February 9, 2011, decision granting Republic's Motion for Summary Judgment. Plaintiff argues that "because this case is now essentially complete with the exception of entering a final judgment based on the Court's Decision, . . . it would be inappropriate to grant counsel's Motion to Withdraw and thereby risk delaying the entry of judgment."[4]

---

[1] Docket no. 67.

[2] Docket no. 71.

[3] Mtn. p. 1.

[4] Op. p. 2.

The Court agrees with Plaintiff. This case is essentially complete and there is no reason to allow Counsel for Defendant to withdraw at this time. Therefore, Defense Counsel's Motion to Withdrawal is denied.

II. Motion for Attorney Fees and Costs

Plaintiff moves the Court to recover its attorney fees and costs in this matter. Total fees requested are $91,410.85 and total costs and expenses requested are $1,316.79. In support thereof, Plaintiff points to Section 21.s of the Lease which provides in part:

> Lessee shall reimburse Lessor for all attorney fees and additional charges, costs and expenses incurred by Lessor in the enforcement of the Lease or the collection of any rent or other payments due under the Lease. .. [and] in any lawsuit or other legal actions or proceeding to which the Lease gives rise . . .[5]

Based upon the plain language of this provision found in the Lease, the Court finds that attorney fees and costs are available to Plaintiff.

Previously, the Court awarded Plaintiff some of its attorney fees based upon the conduct of Defendant Ethos, who in the Court's view, failed to diligently defend this action.[6] The Court awarded $4,768.50 in fees,[7] which Ethos has already paid to Republic.

In the instant Motion, Republic subtracts the previous award from its requested amount. Republic's Application seeks $91,410.85 in attorney fees and $1,316.79 in costs. Counsel for Republic, Mr. Glenn Bronson, has submitted the required affidavit in support of the Application.[8] Having reviewed Republic's Application and the accompanying affidavit, the Court finds that the Motion is well-taken and will be granted. The Court further finds that the billing rates charged by Mr. Bronson and other counsel at his firm, are comparable to those

---

[5] Mtn. p. 4 (citing to Ex. A to Carpenter Aff. Lease, § 21.s, docket no. 22).

[6] *See* Order and Memorandum Decision dated March 8, 2010, docket no. 46.

[7] *See* Order regarding attorney fees dated March 16, 2010, docket no. 50.

[8] Docket no. 72.

2

charged for attorneys with similar experience in this area. The requested costs are also appropriate for the services given in this case. Finally, the Court notes that pursuant to Local Rule 7-1(d) the Court may grant a motion if there is no response filed.[9]

Based upon the foregoing, it is hereby

ORDERED that Defendant's Motion to Withdraw is DENIED. It is further

ORDERED that Plaintiff's Motion for Attorney Fees and Costs is GRANTED. Plaintiff is awarded $91,410.85 in attorney fees and $1,316.79 in costs. Republic may submit a proposed final judgment to the Court that includes these amounts.

DATED this 4 March 2011.

_Brooke C. Wells_
Brooke C. Wells
United States Magistrate Judge

---

[9] DUCivR 7-1(d) ("Failure to respond timely to a motion may result in the court's granting the motion without further notice.")